UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE KOGER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  3:20-cv-08759-JD<br><br>**ORDER TO SHOW CAUSE** |

The case has been stayed since June 2021 for mediation, and the parties were directed to file a joint status report at the close of mediation. Dkt. No. 19. Nearly two years have passed and neither side has advised the Court of the status of settlement or filed anything of substance.

Consequently, plaintiffs are ordered to show cause in writing by June 5, 2023, why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). The parties may also, by the same deadline, file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: May 26, 2023

_____
JAMES DONATO
United States District Judge